# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CONNIE M. MIDDENDORF FAGAN,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

Defendant.

Case No. C16-656RSL

ORDER STRIKING NOTICE OF WITHDRAWAL

On April 26, 2017, attorney Sara M. Herr-Waldroup filed a "Notice of Withdrawal." Dkt. # 19.[1] Pursuant to Local Civil Rule 83.2(b)(1), "no attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court." Counsel has not sought leave of court, nor has she filed a certification stating that a copy of the motion was served on her client.

Accordingly, the notice of withdrawal of counsel is hereby STRICKEN. Counsel Sara M. Herr-Waldroup will not be permitted to withdraw until she complies with Local Civil Rule 83.2(b)(1).

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER STRIKING NOTICE OF WITHDRAWAL - 1

DATED this 27th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE OF WITHDRAWAL - 2